U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, vs. ROBYN SMITH, LORENZO MARCHELL, REBECCA WELCH, as executor of the Estate of CLARENCE MARCHELL | FILED: JUNE 9, 2008 08CV3336 JUDGE KOCORAS MAGISTRATE JUDGE BROWN TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

METROPOLITAN LIFE INSURANCE COMPANY

| NAME (Type or print) |
|---|
| Lindsay H. LaVine |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Lindsay H. LaVine |
| FIRM |
| Mandell Menkes LLC |
| STREET ADDRESS |
| 333 West Wacker Drive, Suite 300 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291725 | 312-251-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐