IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No.  FILED: JUNE 9, 2008<br>08CV3336 |
| ROBYN SMITH, LORENZO MARCHELL, REBECCA WELCH, as executor of the ESTATE OF CLARENCE MARCHELL, | ) ) ) ) | JUDGE KOCORAS<br>MAGISTRATE JUDGE BROWN<br>TG |
| Defendants. | ) | |

**PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S
STATEMENT UNDER LOCAL RULE 3.2**

Pursuant to Local Rule 3.2, Plaintiff Metropolitan Life Insurance Company hereby states that it is a wholly owned subsidiary of Metropolitan Life Insurance, Inc.

Respectfully Submitted,

/s/ Brendan J. Healey
Attorney for Metropolitan Life
Insurance Company

Steven P. Mandell
Brendan J. Healey
Lindsay H. LaVine
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, Illinois 60606
(312) 251-1000